UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN INFOAGE, LLC, et al.,

    Plaintiffs,

v.                                                      CASE NO. 8:13-cv-1533-T-23JSS

REGIONS BANK,

    Defendant.
_____/

**ORDER**

A September 14, 2015 report (Doc. 114) recommends denying without prejudice Regions' motion (Doc. 101) "for attorneys' fees and expenses." More than seventeen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 114) is **ADOPTED**. For the reasons stated in the report and recommendation, the motion (Doc. 101) is **DENIED WITHOUT PREJUDICE**. Regions may again move "for attorneys' fees and expenses" within twenty-one days after the plaintiffs' appeal (Doc. 105) is finally resolved by issuance of the appellate mandate, dismissal, or otherwise.

ORDERED in Tampa, Florida, on October 8, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE