UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN INFOAGE, LLC and
SAGO NETWORKS, LLC,

    Plaintiffs,

v.                                        CASE NO. 8:13-cv-1533-T-23JSS

REGIONS BANK,

    Defendant.
_____/

**ORDER**

Regions Bank moved (Doc. 128) for "Attorneys' Fees and Expenses as to Plaintiff, Sago Networks, LLC Only" and moved (Doc. 143) for "Attorneys' Fees and Expenses as to Plaintiff, American Infoage, LLC Only" and moved (Doc. 143) for "Entry of Judgment for Attorneys' Fees and Expenses Against Both Plaintiffs Jointly and Severally." On October 4, 2016, the motions were referred to Magistrate Judge Julie S. Sneed for a report and recommendation. On December 7, 2016, Magistrate Judge Sneed issued her report and recommendation (Doc. 156). American Infoage and Sago Networks object (Doc. 157) to the report and recommendation, and Regions Bank responds to the objections (Doc. 158).

The objections (Doc. 157) are **OVERRULED**, and the report and recommendation (Doc. 156) is **ADOPTED**. The motion as to Sago Networks

(Doc. 128) is **GRANTED IN PART** and **DENIED IN PART**, and the motion (Doc. 143) as to American Infoage, LLC and motion (Doc. 143) for entry of a judgment for attorneys' fees and expenses against both plaintiffs jointly and severally is **GRANTED IN PART** and **DENIED IN PART**.

The clerk is directed to enter judgment against American Infoage, LLC and Sago Networks, LLC, jointly and severally, for $338,880.08 in attorneys' fees and $105,784.09 in costs.

ORDERED in Tampa, Florida, on January 11, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE